# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| SOUTHLAND ROYALTY COMPANY LLC, | ) |
|  | ) Case No. 20-10158 (KBO) |
| Debtor.[1] | ) |
|  | ) |
|  | ) |
| SOUTHLAND ROYALTY COMPANY LLC, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Adv. Pro. No. 20-50551 (KBO) |
|  | ) |
| WAMSUTTER LLC, | ) |
|  | ) |
| Defendant. | ) **Re: Adv. Docket No. 218 and ___** |

### ORDER AUTHORIZING THE DEBTOR TO REDACT CERTAIN PORTIONS OF THE DEBTOR'S LETTER BRIEF IN OPPOSITION TO POST-TRIAL EVIDENTIARY OBJECTIONS OF WILLIAMS

Upon the Debtor's motion (the "***Motion***")[2] for entry of an order (this "***Order***"), (i) authorizing the Debtor to redact and file under seal the Confidential Information contained in the Opposition, and (ii) granting related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief

---

[1] The last four digits of the Debtor's United States federal tax identification number are 8522. The Debtor's mailing address is 400 West 7th Street, Fort Worth, Texas 76102.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

27165688.1

2

requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtor and parties in interest; and the legal and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    1.    The Motion is granted as set forth herein.

    2.    The Debtor is authorized to redact and file under seal the Confidential Information contained in the Opposition.

    3.    Subject to Local Rule 9018-1(d), the Confidential Information shall remain under seal and confidential and shall not be made available to anyone other than (a) this Court; (b) the United States Trustee for the District of Delaware; (c) counsel to Wamsutter, (d) counsel to the Committee, and (e) counsel to the RBL Agent.

    4.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    5.    The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

    6.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.