# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SOUTHLAND ROYALTY COMPANY LLC, | Case No. 20-10158 (KBO) |
| Debtor.[1] | |
| SOUTHLAND ROYALTY COMPANY LLC, | |
| Plaintiff, | |
| vs. | Adv. Pro. No. 20-50551 (KBO) |
| WAMSUTTER LLC, | |
| Defendant. | |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR TELEPHONIC HEARING ON OCTOBER 23, 2020 AT 9:30 A.M. (ET)

**This hearing will be held telephonically via CourtCall and, in certain circumstances, by video via Zoom.  All parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878.  Only those parties that will be addressing the Court should appear by video via Zoom in addition to their CourtCall registration.
PLEASE NOTE THAT MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Topic: Southland Royalty Company LLC 20-10158-KBO (Adv. 20-50551-KBO)
Time: October 23, 2020 09:30 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1602596008
**Meeting ID: 160 259 6008
Passcode: 034331**

---

[1] The last four digits of the Debtor's United States federal tax identification number are 8522.  The Debtor's mailing address is 400 West 7th Street, Fort Worth, Texas 76102.

[2] **Amended items appear in bold.**

27231054.1

**ADVERSARY MATTER GOING FORWARD**
**Southland Royalty Company LLC v. Wamsutter LLC (20-50551)**

1. Debtor's Motion to Strike the Report and Trial Testimony of Bob Broxson and Trial Testimony of Tony Ceci [Adv. D.I. 215, 10/1/20]

   Related Documents:

   A. Wamsutter LLC's Opposition to Southland's Motion to Strike the Report and Trial Testimony of Bob Broxson and the Trial Testimony of Tony Ceci [Adv. D.I. 217, 10/6/20]

   Status: This matter is going forward.

2. Wamsutter LLC's Letter Brief Regarding Evidentiary Objections [(Sealed) Adv. 216, 10/1/20]

   Related Documents:

   A. Debtor's Letter Brief in Opposition to Post-Trial Evidentiary Objections of Williams [(Sealed) Adv. D.I. 218, 10/6/20]

   Status: This matter is going forward.

3. Notice of Hearing Regarding Post-Trial Briefing Scheduled for October 23, 2020 at 9:30 A.M. (ET) [Adv. D.I. 231, 10/14/20]

   Related Documents:

   A. Debtor's Motion for Entry of an Order Authorizing the Debtor to Redact Certain Portions of the Debtor's Letter Brief in Opposition to Post-Trial Evidentiary Objections of Williams [Adv. D.I. 221, 10/9/20]

   B. Official Committee of Unsecured Creditors' Post-Trial Memorandum of Law [(Sealed) Adv. D.I. 219, 10/9/20]

   C. Debtors' Post-Trial Memorandum of Law [(Sealed) Adv. D.I. 223, 10/9/20]

   D. Lenders' Post-Trial Memorandum of Law [(Sealed) Adv. D.I. 224, 10/9/20]

   E. Wamsutter LLC's Post-Trial Brief [(Sealed) Adv. D.I. 230, 10/9/20]

   F. Notice of Filing of Redacted Version of Official Committee of Unsecured Creditors' Post-Trial Memorandum of Law [Adv. D.I. 232, 10/14/20]

G. Debtor's Motion for Entry of an Order Authorizing the Debtor to Redact Certain Portions of the Debtors' Post-Trial Memorandum of Law [Adv. D.I. 233, 10/14/20]

H. Notice of Filing of Proposed Redacted Version of Debtor's Post-Trial Memorandum of Law [Adv. D.I. 234, 10/14/20]

I. Letter Supplemental Authority In Support of Debtor's Post-Trial memorandum of Law [Adv. D.I. 235, 10/19/20]

**J. Motion of the DIP Lenders and RBL Lenders for Entry of an Order Authorizing the DIP Lenders and RBL Lenders to File Under Seal Certain Confidential Information in the Lenders' Post-Trial Memorandum of Law [Adv. D.I. 237, 10/21/20]**

**K. Notice of Filing of Proposed Redacted Version of Lenders' Post-Trial Memorandum of Law [Adv. D.I. 238, 10/21/20]**

**L. Letter to the Honorable Karen B. Owens Regarding Subsequent Authority [Adv. D.I. 240, 10/22/20]**

Status:    This matter is going forward.

*[Signature Page to Follow]*

| | |
|---|---|
| Dated: October 22, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ S. Alexander Faris*<br>M. Blake Cleary (No. 3614)<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>S. Alexander Faris (No. 6278)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mbcleary@ycst.com<br>    sbeach@ycst.com<br>    mneiburg@ycst.com<br>    afaris@ycst.com<br><br>-and-<br><br>**SHEARMAN & STERLING LLP**<br><br>C. Luckey McDowell (admitted *pro hac vice*)<br>Ian E. Roberts (admitted *pro hac vice*)<br>2828 N. Harwood Street, Suite 1800<br>Dallas, TX 75201<br>Phone: (214) 271-5777<br>Email: luckey.mcdowell@shearman.com<br>    ian.roberts@shearman.com<br><br>Sara Coelho (admitted *pro hac vice*)<br>Foteini Teloni (admitted *pro hac vice*)<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 848-4000<br>Email: sara.coelho@shearman.com<br>    fay.teloni@shearman.com<br><br>*Co-Counsel to the Debtor and Debtor in Possession* |

27231054.1

4